**Leon A. BARBOUR, Jr., Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, Respondent–Appellee.**

No. 04–6602.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 22, 2004.

Leon A. Barbour, Jr., Appellant pro se.

Tara Louise Casey, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leon A. Barbour, Jr., a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Barbour v. Brooks,* 2004 WL 690805, No. CA–03–383–3 (E.D.Va. Mar. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED*